1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAASHAD CARTER,                          No. 08 CV 2381 JCW

12              Plaintiff,                      ORDER FOR PAYMENT OF

13        vs.                                   INMATE FILING FEE

14    L. CANNEDY, et al.,

15              Defendants.

16    _____/

17

18     To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

19    Sacramento, California 95814:

20          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the

21    statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

22    20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

23    average monthly balance in plaintiff's account for the 6-month period immediately preceding the

24    filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,

25    plaintiff will be obligated to make monthly payments in the amount of twenty percent of the

26    preceding month's income credited to plaintiff's trust account.  The California Department of

      Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial

1 filing fee and thereafter payments from plaintiff's prison trust account each time the amount in

2 the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C.

3 § 1915(b)(2).

4          Good cause appearing therefore, IT IS HEREBY ORDERED that:

5          1.  The Director of the California Department of Corrections and Rehabilitation or a

6 designee shall collect from plaintiff's prison trust account an initial partial filing fee in

7 accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

8 forward the amount to the Clerk of the Court.  Said payment shall be clearly identified by the

9 name and number assigned to this action.

10          2.  Thereafter, the Director of the California Department of Corrections and

11 Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments

12 from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

13 month's income credited to the prisoner's trust account and forwarding payments to the Clerk of

14 the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C.

15 § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall

16 be clearly identified by the name and number assigned to this action.

17          3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

18 signed in forma pauperis affidavit on Director, California Department of Corrections and

19 Rehabilitation, 1515 S Street, Sacramento, California 95814.

20          4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

21 Department of the court.

22

23 DATED: June 25, 2009                    _____/S/ J. Clifford Wallace_____

                                                        J. Clifford Wallace
24                                                  United States Circuit Judge

25

26