1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAASHAD CARTER,                                No. 08 CV 2381 JCW

12             Plaintiff,                            <u>ORDER</u>

13         vs.

14    L. CANNEDY, et al.,

15             Defendants.

16    _____/

17

18         Carter, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19    U.S.C. § 1983.  On June 26, 2009, I ruled that service was appropriate for defendants L. Cannedy

20    and L. Cano, and ordered Carter to submit to the court, within thirty (30) days of that order, the

21    following documents:

22                   a.  The completed Notice of Submission of Documents;

23
                                             1

1                   b.  One completed summons;

2                   c.  One completed USM-285 form for each defendant; and

3                   d.  Three (3) copies of the endorsed complaint filed October 28, 2008.

4        On July 16, 2009, Carter filed a motion requesting that the deadline for his submission of

5  the foregoing documents be extended by an additional thirty (30) days.  Good cause appearing,

6  that motion is hereby GRANTED.  Carter submitted the required documents on August 3, 2009,

7  before the extended deadline.

8

9  DATED: September 22, 2009            __/s/J. Clifford Wallace_____

                                                J. Clifford Wallace

10                                    United States Circuit Judge

11

12

13

14

15

16

17

18

19

20

21

22

23