UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAASHAD CARTER, | No. 08 CV 2381 JCW |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| L. CANNEDY, et al., | |
| Defendants. | |

Carter, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On April 3, 2009, Carter requested a copy of the Local Rules of Court. That motion is GRANTED. The Clerk of the Court shall serve upon plaintiff a copy of the Local Rules of Court.

1

DATED: September 23, 2009          __/s/J. Clifford Wallace_____
                                                J. Clifford Wallace
                                             United States Circuit Judge