UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAASHAD CARTER, | No. 08 CV 2381 JCW |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| L. CANNEDY, et al., | |
| Defendants. | |
| _____ / | |

Carter, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On May 28, 2010, Carter filed a motion that his case be "reassigned to a district judge per civil rule 72.3." There is no Rule 72.3 in the Federal Rules of Civil Procedure or the Local Rules of the Eastern District of California that mandates such a reassignment, and moreover, the undersigned is not a magistrate judge, but a circuit judge serving in the capacity of a district judge. Therefore, Carter's motion to have his case reassigned to a district judge is DENIED.

DATED: August 6, 2010

_____
J. Clifford Wallace

1

1    United States Circuit Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23