UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAASHAD CARTER,                                    No. 08 CV 2381 JCW

        Plaintiff,                                    ORDER

    vs.

L. CANNEDY, et al.,

        Defendants.

_____/

      Carter, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On September 27, 2010, Carter filed a Second Amended Complaint.  On May 4, 2011, I directed the United States Marshall to serve the Second Amended Complaint on the defendants.  Defendants now request that the deadline to file a responsive pleading be extended to August 4, 2011.  Good cause appearing, that motion is GRANTED and defendants are ordered to submit a responsive pleading to the Second Amended Complaint no later than August 4, 2011.

DATED: July 5, 2011                    __/s/ J. Clifford Wallace_____
                                     J. Clifford Wallace
                                   United States Circuit Judge