UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAASHAD CARTER, | No. 08 CV 2381 JCW |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| L. CANNEDY, et al., | |
| Defendants. | |
| _____ / | |

Pursuant to Federal Rules of Civil Procedure 16(b) and Local Rule 240(c), the court will, by this order, set a schedule for this litigation. It is therefore **ORDERED** as follows:

    1.    The last day by which discovery requests may be submitted (discovery request cutoff date): **November 10, 2011** (90 days).

        1.1.    No discovery requests may be submitted after this date except by stipulation of the parties or by court order for good cause shown.

1

1.2 Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 135. Requests shall only be filed when required by Local Rules 250.1(a), 250.2(c), and 250.4(c).

1.3. Responses to discovery requests shall be due 45 days after each request is first served.

2. If defendant(s) desire to take plaintiff's deposition they must do so by no later than: **December 12, 2011** (122 days).

2.1. Leave of Court for the taking of such deposition is granted pursuant to Rule 30(a)(2), Federal Rules of Civil Procedure. The deposition may be taken by telephone at the option of defendant(s).

3. Limits on discovery.

3.1. Interrogatories: No more than 25 (including subparts) by each party to any other party.

3.2. Requests for production of documents: No more than 15 from each party to any other party.

3.3. Requests for admissions: No more than 10 from each party to any other party.

3.4. Depositions: Because of the logistical problems involved, self-represented incarcerated parties may not take depositions without

prior Court permission. Such permission will not be granted except upon a showing of exceptional circumstances.

4. Discovery disputes.

    4.1. The Court will not entertain motions to compel discovery, motions for sanctions, motions for protective orders, or the like unless and until there has been compliance with the following procedure: In the event of a dispute over discovery, the parties must confer in good faith, in person or by telephone, and attempt to resolve the dispute. *See* Fed R. Civ. P. 37(a). If the dispute remains unresolved, the parties must arrange and participate in a telephonic conference with the undersigned judge prior to bringing any discovery motions.

5. The deadline for amending pleadings is: **October 11, 2011** (60 days).

6. Dispositive motion deadline is: **January 9, 2012** (150 days).

7. Proposed joint pretrial order shall lodged with the Court by: **February 8, 2012** (180 days) *or* 30 days after the Court's ruling on any dispositive motions, whichever occurs later.

    7.1. Defendant(s) is/are responsible for initiating the drafting and submission of the proposed pretrial order.

The parties are further advised that these deadlines will be *strictly enforced*. A request for an extension of a deadline set in this order must be filed on or before the

expiration of the deadline in question. Extensions of time will be granted only on a showing of good cause.

DATED: August 12, 2011

                                       */s/ J. Clifford Wallace*
                                       J. CLIFFORD WALLACE
                                       UNITED STATES CIRCUIT JUDGE