UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAASHAD CARTER,                                    No. 08 CV 2381 JCW

     Plaintiff,                                          <u>ORDER</u>

  vs.

L. CANNEDY, et al.,

     Defendants.
_____/

     Carter, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2009, the court granted Carter's first request for a copy of the Local Rules of Court. Dkt. 24. On November 16, 2011, Carter filed a second request for a "complete copy of the Local Rules for the Eastern District." Dkt. 65.

1

1  Based on Carter's prior reference to "Local Rules" in a context where he presumably
2  meant to refer to the Federal Rules of Civil Procedure, *see* dkt. 64, I construe Carter's request as
3  one for a copy of the Federal Rules of Civil Procedure along with a complete copy of the Local
4  Rules.
5  Carter is advised that the copy of the Local Rules that has previously been distributed to
6  him is a version that includes all local rules applicable to 42 U.S.C. § 1983 actions.  The Federal
7  Rules of Civil Procedure are a distinct set of rules that also govern this action.  Creating new
8  copies of the complete Local Rules and Federal Rules of Civil Procedure would be unduly
9  burdensome to the court and its staff in light of the length of both sets of rules and budgetary
10 constraints.  Carter is directed to the law library at his facility, which should have complete
11 copies of the Local Rules and Federal Rules of Civil Procedure for use.
12 For the foregoing reasons, Carter's motion is DENIED.
13 DATED: November 28, 2011                    */s/ J. Clifford Wallace*
14                                                              J. Clifford Wallace
15                                                              United States Circuit Judge