UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAASHAD CARTER, | No. 08 CV 2381 JCW |
| Plaintiff, | ORDER |
| vs. | |
| L. CANNEDY, et al., | |
| Defendants. | |

On November 17, 2011, I ordered that defendant Rivas shall pay to the United States Marshal the sum of $819.20 in expenses for service unless Rivas filed a statement showing good cause for the failure to waive service under Fed. R. Civ. P. 4(d)(2). Dkt. 66. On December 1, 2011, Rivas filed a response. Dkt. 70.

I find that Rivas's response shows good cause for the failure to waive service. Therefore, Rivas is not obligated to pay the Marshal's expenses under Fed. R. Civ. P. 4(d)(2).

The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

DATED: December 9, 2011                     __/s/ J. Clifford Wallace_____
                                                                  J. Clifford Wallace
                                                                  United States Circuit Judge