1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    RAASHAD CARTER,                          No. 08 CV 2381 JCW

10          Plaintiff,                        ORDER DENYING DEFENDANTS'

11      vs.                                   MOTION TO MODIFY SCHEDULING

12   L. CANNEDY, et al.,                      ORDER (DKT. 74)

13          Defendants.

14   _____/

15

16        On January 6, 2012, Defendants filed a Motion to Modify the Scheduling Order (dkt. 74).

17   Defendants seek an extension of the dispositive motion deadline in order to secure the signature

18   of a declarant, assemble and copy exhibits, and enable supervisory review.

19        This motion is DENIED.  Defendants' reasons for seeking an extension are foreseeable

20   and do not show diligence.  Thus, Defendants have not shown good cause for an extension under

21   Fed. R. Civ. P. 16(b).  *See Johnson v. Mammoth Recreations Inc.*, 975 F.2d 604, 607–09 (9th

22   Cir. 1992) (the primary consideration in Rule 16(b)'s good cause determination is the "diligence

23   of the party seeking the amendment" to the court's schedule).

24

25   DATED: January 9, 2012              _____/s/ J. Clifford Wallace_____

26                                              J. Clifford Wallace

                                                United States Circuit Judge