1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAASHAD CARTER,                    No. 08 CV 2381 JCW

12          Plaintiff,            ORDER DENYING PLAINTIFF'S

13      vs.                       REQUEST FOR SUBPOENAS (DKT. 73)

14   L. CANNEDY, et al.,

15          Defendants.

16   _____/

17

18      On December 27, 2011, plaintiff Raasahad Carter filed a request for the clerk to send him

19   five blank subpoenas (dkt. 73).  This request is DENIED.  Carter has shown no reason for why he

20   is unable to obtain these documents through the law library at his facility.

21

22   DATED: January 9, 2012            _____/s/ J. Clifford Wallace_____

23                                          J. Clifford Wallace

24                                       United States Circuit Judge

25

26