UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAASHAD CARTER, | No. 08 CV 2381 JCW |
| Plaintiff, | ORDER DENYING PLAINTIFF'S |
| vs. | REQUEST FOR SUBPOENAS (DKT. 73) |
| L. CANNEDY, et al., | |
| Defendants. | |
| _____ / | |

On December 27, 2011, plaintiff Raasahad Carter filed a request for the clerk to send him five blank subpoenas (dkt. 73). This request is DENIED. Carter has shown no reason for why he is unable to obtain these documents through the law library at his facility.

DATED: January 9, 2012               _____/s/ J. Clifford Wallace_____

                                                                 J. Clifford Wallace

                                                                 United States Circuit Judge