UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAASHAD CARTER,      | No. 08 CV 2381 JCW |
|     Plaintiff, | ORDER DENYING SECOND MOTION |
| vs. | FOR APPOINTMENT OF COUNSEL |
| L. CANNEDY, et al., | (DKT. 78) |
|     Defendants. | |

On July 13, 2009, plaintiff Raashad Carter filed a motion seeking the appointment of counsel (dkt. 17), which the court denied without prejudice on September 28, 2009 (dkt. 27).

On January 12, 2012, Carter filed a second motion seeking the appointment of counsel (dkt. 78). This motion is hereby DENIED.

Under 28 U.S.C. § 1915(e)(1), I "may request an attorney to represent any person unable to afford counsel." This provision permits me to ask a lawyer to represent an indigent litigant, but not compel the lawyer to do so. *Mallard v. United States Dist. Ct.*, 490 U.S. 296, 307 (1989). There is no constitutional right to appointed counsel in section 1983 actions. *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir.1981).

1   I may request representation from counsel under § 1915(e)(1) only in "exceptional
2   circumstances."  *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  "A finding of
3   exceptional circumstances requires an evaluation of both the likelihood of success on the merits
4   and the ability of the petitioner to articulate his claims pro se in light of the complexity of the
5   legal issues involved.  Neither of these factors is dispositive and both must be viewed together
6   before reaching a decision."  *Id.* (citations and internal punctuation omitted).

7   Here, Carter has not shown a likelihood of success on the merits.  Also, Carter has
8   demonstrated a reasonable ability to articulate his claims, which are not complex.  In sum, this
9   case does not present the "exceptional circumstances" that would justify requesting
10  representation of counsel.

14  DATED: January 24, 2012          */s/J. Clifford Wallace*
                                      J. Clifford Wallace
15                                    United States Circuit Judge